IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES THOMAS "OZZY" WILLIAMS,

    Petitioner,　　　　　　　　　　No. CIV S-06-0455 LKK DAD P

    vs.

M. CRY, et al.,　　　　　　　　　　　　<u>ORDER AND</u>

    Respondents.　　　　　　　　　<u>FINDINGS AND RECOMMENDATIONS</u>

_____/

    Petitioner is a state prisoner confined in California Medical Facility. Petitioner's pro se petition for writ of habeas corpus and application to proceed in forma pauperis are before the court.

    Petitioner requests CDC records that he needs for appeal purposes. Petitioner explains that his request for the records "was unconstitutionally rejected by CMF Appeals Office and counselor" and that he is "forced to have this appellate court correct it." (Pet. at pages numbered (2) and (6).)

    Federal district courts are not appellate courts. A federal district court cannot entertain a petition for writ of habeas corpus brought by a person in custody pursuant to the judgment of a state court unless the habeas petition has been brought on the ground that the petitioner is in custody in violation of the Constitution or laws or treaties of the United States. 28

1

U.S.C. § 2254(a). Federal habeas relief is available only for challenges to the duration or legality of a prisoner's confinement. <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 500 (1973). A state prisoner who seeks relief from unconstitutional conditions of confinement or unconstitutional actions by custodial staff may be able to present his claims to a federal district court in a civil rights action brought pursuant to 42 U.S.C. § 1983 after exhausting available administrative remedies.

The habeas petition filed in this action must be dismissed because it does not state a basis for federal habeas corpus relief. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases ("If it plainly appears from the face of the petition and any exhibits attached to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal . . . ."). Petitioner's in forma pauperis application will be denied, and the undersigned will recommend that the district judge dismiss this case without prejudice.

The Clerk of the Court will be directed to provide petitioner with a civil rights complaint form and the in forma pauperis application form to be submitted with such a complaint. If petitioner chooses to file a civil rights complaint, his complaint and in forma pauperis application must be submitted for filing as a new action. The case number assigned to this habeas case should not be included on the civil rights complaint, as a new case must be opened and a new case number will be assigned.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 6, 2006 application to proceed in forma pauperis is denied;

2. The Clerk of the Court shall send petitioner a civil rights complaint form and the in forma pauperis application used in civil rights actions in this district; and

IT IS RECOMMENDED that this action be dismissed without prejudice because it plainly appears from the face of the habeas petition that petitioner is not entitled to federal habeas corpus relief.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1  days after being served with these findings and recommendations, petitioner may file written
2  objections with the court.  A document containing objections should be titled "Objections to
3  Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file
4  objections within the specified time may, under certain circumstances, waive the right to appeal
5  the District Court's order.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: August 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
will0455.156

3